Submitted on record and briefs April 29, affirmed May 12, 1975

## STATE OF OREGON, *Respondent*, *v.* DENNIS GEORGE HOLLAND (No. 74 1768), *Appellant.*

### 534 P2d 983

Robin B. Orahood, Robert J. McCrea, and Mulder, Morrow & McCrea, P.C., Eugene, filed the brief for appellant.

Lee Johnson, Attorney General, W. Michael Gillette, Solicitor General, and Timothy Wood, Assistant Attorney General, Salem, filed the brief for respondent.

Before SCHWAB, Chief Judge, and THORNTON and LEE, Judges.

PER CURIAM.

AFFIRMED. *State v. Nehl,* 19 Or App 590, 528 P2d 555 (1974), Sup Ct *review denied* (1975).